IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02181-REB-MEH

VALERIE C. NASON, an individual;

Plaintiff(s),

v.

EAGLE DIRECT MARKETING SOLUTIONS, INC.; a Delaware corporation;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 26, 2006.**

    For good cause shown, the Unopposed Motion for Protective Order [Filed December 22, 2006; Docket #11] is **granted**. The Protective Order shall enter separately.