IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02181-REB-MEH

VALERIE C. NASON,

     Plaintiff,

v.

EAGLEDIRECT MARKETING SOLUTIONS, INC., a Delaware corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 19, 2007.**

     Defendant's now unopposed Motion for Leave to File Amended Answer [Filed January 5, 2007; Docket #15] is **granted**. Defendant shall file an Amended Answer on or before January 26, 2007.