# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-02181-REB-MEH

VALERIE C. NASON, an individual,

    Plaintiffs,

v.

EAGLEDIRECT MARKETING SOLUTIONS, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is **Plaintiff's Unopposed Motion To Dismiss Pursuant to F.R.C.P. 41(a)(2)** [#26], filed March 26, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion To Dismiss Pursuant to F.R.C.P. 41(a)(2)** [#26], filed March 26, 2007, is **GRANTED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for December 21, 2007, is **VACATED**; and

4. That the trial to the court set to commence January 14, 2008, is **VACATED**.

Dated March 26, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**